[No. 41068-1-II.   Division Two.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL W. GEBHARDT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02751-1, Susan Serko, J., entered July 23, 2010. *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Hunt and Van Deren, JJ.

[Nos. 41638-7-II; 42345-6-II.   Division Two.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH CORTEZ JONES, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 10-1-01462-6, Kitty-Ann van Doorninck, J., entered December 17, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Wiggins and Bridgewater, JJ. Pro Tem.

[No. 42072-4-II.   Division Two.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY LEROY COUSINS II, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00950-5, Leila Mills, J., entered April 18, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worwick, C.J., and Penoyar, J.

[No. 42191-7-II.   Division Two.   April 9, 2013.]

*In the Matter of the Marriage of* PATRICIA A. MCLEAN, *Respondent*, and ROBERT A. MCLEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-3-02170-6, Kathryn J. Nelson, J., entered May 6, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Bjorgen, J.